# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:  S2 ART GROUP, LTD.                                          §   Case No.  12-20252-MKN
                                                                                       §
                                                                                       §
                                                                                       §
Debtor(s)                                                                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Brian Shapiro, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $72,569.07                          Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$234,972.22          Claims Discharged
                                                                         Without Payment: $6,386,348.96

Total Expenses of Administration:$297,705.01

3)  Total gross receipts of $    882,677.23    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    350,000.00 (see **Exhibit 2**), yielded net receipts of  $532,677.23 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $328,424.59 | $276,788.92 | $218,972.22 | $218,972.22 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 254,627.66 | 258,118.82 | 258,118.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 79,593.50 | 84,287.24 | 39,586.19 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 106,496.46 | 139,258.53 | 139,258.53 | 16,000.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,376,738.35 | 4,887,209.13 | 3,515,855.03 | 0.00 |
| **TOTAL DISBURSEMENTS** | $5,811,659.40 | $5,637,477.74 | $4,216,491.84 | $532,677.23 |

4)  This case was originally filed under Chapter 7 on September 05, 2012. The case was pending for 40 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/27/2017_____    By: /s/Brian Shapiro_____

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rent Deposit - Roberts Ranch Venture, LP | 1129-000 | 2,883.00 |
| Furniture, fixtures and equipment (fixed assets) | 1129-000 | 640,000.00 |
| Art located in Las Vegas, Chicago and New Orlean | 1129-000 | 44,123.31 |
| Funds held by Schwartz Law Firm as compensation | 1221-000 | 16,000.00 |
| Interests in incorporated/unincorporated bus. | 1229-000 | 75,000.00 |
| Furniture stored at JW Marriot | 1229-000 | 1,632.95 |
| EXCESS PROCEEDS ON STATE BOND | 1229-000 | 3,037.97 |
| ASSET RECOVERY RE: AP 14-01078 | 1229-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$882,677.23** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Atkinson Law Associates, P.C. | Non-Cash assets to buyer Rue Royale Fine Art | 8500-000 | 350,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$350,000.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | Ally Financial Inc. f/k/a GMAC Inc. | 4210-000 | 3,424.59 | 2,983.82 | 0.00 | 0.00 |
| 30 -2 | Nevada Dept of Taxation, BK Section | 4300-000 | N/A | 4,810.72 | 0.00 | 0.00 |
| 31S-3 | ONEWEST BANK, FSB | 4210-000 | 325,000.00 | 236,370.28 | 218,000.00 | 218,000.00 |
| 43S | FIRST INSURANCE FUNDING CORP. | 4220-000 | 0.00 | 31,651.88 | 0.00 | 0.00 |
| 58 | MICHELE W. SHAFE | 4120-000 | N/A | 972.22 | 972.22 | 972.22 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL SECURED CLAIMS | | | $328,424.59 | $276,788.92 | $218,972.22 | $218,972.22 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| United States Trustee | 2950-000 | N/A | 2,930.84 | 2,930.84 | 2,930.84 |
| Atkinson Law Associates PC | 3210-000 | N/A | 157,320.00 | 157,320.00 | 157,320.00 |
| Atkinson Law Associates PC | 3220-000 | N/A | 16,016.61 | 16,016.61 | 16,016.61 |
| Brian D. Shapiro, Trustee | 2100-000 | N/A | 47,383.86 | 47,369.02 | 47,369.02 |
| Brian D. Shapiro, Trustee | 2200-000 | N/A | 3,017.15 | 3,017.15 | 3,017.15 |
| Fine Art Management Corporation | 2410-000 | N/A | 0.00 | 3,506.00 | 3,506.00 |
| NV Energy | 2420-000 | N/A | 74.59 | 74.59 | 74.59 |
| NV Energy | 2420-000 | N/A | 331.91 | 331.91 | 331.91 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Roberts Ranch Venture L.P. | 2420-000 | N/A | 9,455.74 | 9,455.74 | 9,455.74 |
| Roberts Ranch Venture L.P. | 2420-000 | N/A | 5,709.09 | 5,709.09 | 5,709.09 |
| Rabobank, N.A. | 2600-000 | N/A | 139.71 | 139.71 | 139.71 |
| Rabobank, N.A. | 2600-000 | N/A | 291.56 | 291.56 | 291.56 |
| Rabobank, N.A. | 2600-000 | N/A | 262.13 | 262.13 | 262.13 |
| Rabobank, N.A. | 2600-000 | N/A | 28.79 | 28.79 | 28.79 |
| Rabobank, N.A. | 2600-000 | N/A | 16.92 | 16.92 | 16.92 |
| R.L Spear Co, Inc | 3610-000 | N/A | 6,618.50 | 6,618.50 | 6,618.50 |
| R.L Spear Co, Inc | 3620-000 | N/A | 3,075.00 | 3,075.00 | 3,075.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 79.18 | 79.18 | 79.18 |
| Rabobank, N.A. | 2600-000 | N/A | 150.13 | 150.13 | 150.13 |
| Rabobank, N.A. | 2600-000 | N/A | 113.97 | 113.97 | 113.97 |
| Rabobank, N.A. | 2600-000 | N/A | 67.80 | 67.80 | 67.80 |
| Rabobank, N.A. | 2600-000 | N/A | 98.21 | 98.21 | 98.21 |

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 69.33 | 69.33 | 69.33 |
| Rabobank, N.A. | 2600-000 | N/A | 58.37 | 58.37 | 58.37 |
| Rabobank, N.A. | 2600-000 | N/A | 54.52 | 54.52 | 54.52 |
| Rabobank, N.A. | 2600-000 | N/A | 60.09 | 60.09 | 60.09 |
| Rabobank, N.A. | 2600-000 | N/A | 56.24 | 56.24 | 56.24 |
| Rabobank, N.A. | 2600-000 | N/A | 54.29 | 54.29 | 54.29 |
| Rabobank, N.A. | 2600-000 | N/A | 61.69 | 61.69 | 61.69 |
| Rabobank, N.A. | 2600-000 | N/A | 53.98 | 53.98 | 53.98 |
| Rabobank, N.A. | 2600-000 | N/A | 53.90 | 53.90 | 53.90 |
| Rabobank, N.A. | 2600-000 | N/A | 61.26 | 61.26 | 61.26 |
| Nellis Auction | 3610-000 | N/A | 371.13 | 371.13 | 371.13 |
| Nellis Auction | 3610-000 | N/A | 148.45 | 148.45 | 148.45 |
| Rabobank, N.A. | 2600-000 | N/A | 53.74 | 53.74 | 53.74 |
| Rabobank, N.A. | 2600-000 | N/A | 53.67 | 53.67 | 53.67 |
| Rabobank, N.A. | 2600-000 | N/A | 60.99 | 60.99 | 60.99 |
| Rabobank, N.A. | 2600-000 | N/A | 53.51 | 53.51 | 53.51 |
| Rabobank, N.A. | 2600-000 | N/A | 60.81 | 60.81 | 60.81 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$254,627.66** | **$258,118.82** | **$258,118.82** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Schwartz Law Firm | 6210-160 | N/A | 79,593.50 | 79,593.50 | 37,381.74 |
| Fine Art Management Corporation | 6920-000 | N/A | 0.00 | 4,693.74 | 2,204.45 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$79,593.50** | **$84,287.24** | **$39,586.19** |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Noriko Johansson | 5300-000 | N/A | 1,393.34 | 1,393.34 | 0.00 |
| 3P | Louise Marie Portal | 5300-000 | N/A | 5,568.82 | 5,568.82 | 0.00 |
| 4 | Lisa Marie Rodriquez | 5300-000 | 1,803.90 | 5,975.81 | 5,975.81 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Abby Gomes | 5300-000 | 1,570.81 | 1,474.69 | 1,474.69 | 0.00 |
| 7 | Barry Jacobson | 5300-000 | N/A | 11,243.99 | 11,243.99 | 0.00 |
| 8 | Marion Carriere | 5300-000 | N/A | 1,319.38 | 1,319.38 | 0.00 |
| 12P | Michael Babyak | 5300-000 | N/A | 24,746.29 | 24,746.29 | 0.00 |
| 14 | Noriko Johansson | 5300-000 | N/A | 1,382.09 | 1,382.09 | 0.00 |
| 16 | Louise Marie Portal | 5300-000 | 2,771.96 | 6,261.22 | 6,261.22 | 0.00 |
| 24 | KONICA MINOLTA | 5300-000 | N/A | 782.58 | 782.58 | 0.00 |
| 41 | Carolyn Solomon | 5300-000 | 4,250.00 | 4,250.00 | 4,250.00 | 0.00 |
| 51P | Saint Ziggy, LLC | 5300-000 | 7,350.00 | 11,725.00 | 11,725.00 | 0.00 |
| 53 | Marion Carriere | 5300-000 | 2,520.51 | 1,500.00 | 1,500.00 | 0.00 |
| 55 | Raymond B. Mazza | 5300-000 | 5,710.40 | 2,318.40 | 2,318.40 | 0.00 |
| 57P | Keith M. Tomaszewsky | 5300-000 | 32,115.39 | 11,725.00 | 11,725.00 | 0.00 |
| 60 | COLEEN G. KAISER | 5300-000 | N/A | 5,379.14 | 5,379.14 | 0.00 |
| 62P | MICHAEL BABYAK dba 2M ARTS INC. | 5300-000 | N/A | 24,746.29 | 24,746.29 | 0.00 |
| 63 | Noriko Johansson | 5300-000 | 6,206.94 | 1,466.49 | 1,466.49 | 0.00 |
| ADMIN | Schwartz law Firm | 5600-000 | 1,533.59 | 16,000.00 | 16,000.00 | 16,000.00 |
| NOTFILED | Ann Fischer | 5200-000 | 11,033.65 | N/A | N/A | 0.00 |
| NOTFILED | Bowen Jervis | 5200-000 | 878.50 | N/A | N/A | 0.00 |
| NOTFILED | Charles Oblak | 5200-000 | 2,871.00 | N/A | N/A | 0.00 |
| NOTFILED | Daniel Woodward | 5200-000 | 4,913.13 | N/A | N/A | 0.00 |
| NOTFILED | Gayle Gibson | 5200-000 | 1,753.15 | N/A | N/A | 0.00 |
| NOTFILED | Jeremiah Lief Johnson | 5200-000 | 7,149.16 | N/A | N/A | 0.00 |
| NOTFILED | John V. Arakai Graff | 5200-000 | 5,002.35 | N/A | N/A | 0.00 |
| NOTFILED | Kelley M. Summerhill | 5200-000 | 1,081.73 | N/A | N/A | 0.00 |
| NOTFILED | Kristen Barry | 5200-000 | 720.00 | N/A | N/A | 0.00 |
| NOTFILED | Sharon Sachs | 5200-000 | 1,898.61 | N/A | N/A | 0.00 |
| NOTFILED | Tracie Pearce | 5200-000 | 843.32 | N/A | N/A | 0.00 |
| NOTFILED | City of New Orleans Dept. of Finance | 5200-000 | 43.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Dept. of Revenue Retailers' Occupation Tax | 5200-000 | 79.00 | N/A | N/A | 0.00 |
| NOTFILED | Louisiana Dept. of Revenue Sales Tax Division | 5200-000 | 34.00 | N/A | N/A | 0.00 |
| NOTFILED | Nevada Dept.of Taxation Modified Business Tax | 5200-000 | 2,362.36 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $106,496.46 | $139,258.53 | $139,258.53 | $16,000.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Coleen Kaiser | 7100-000 | 5,379.14 | 2,324.40 | 2,324.40 | 0.00 |
| 3U | Louise Marie Portal | 7100-000 | N/A | 692.40 | 692.40 | 0.00 |
| 5 | Jeanine M. Napolitano | 7100-000 | N/A | 2,909.00 | 2,909.00 | 0.00 |
| 9 | Raymond B. Mazza | 7100-000 | N/A | 2,530.08 | 2,530.08 | 0.00 |
| 10 -2 | ANITA & AJAY PITRE | 7100-000 | N/A | 7,000.00 | 7,000.00 | 0.00 |
| 11 | Dellorco Design, Inc. | 7100-000 | 10,500.00 | 12,930.00 | 12,930.00 | 0.00 |
| 12U | Michael Babyak | 7100-000 | 2,725.98 | 40,700.00 | 40,700.00 | 0.00 |
| 13 | Citicorp Vendor Finance, Inc | 7100-000 | N/A | 2,424.05 | 2,424.05 | 0.00 |
| 17 | Key Equipment Finance Inc | 7100-000 | N/A | 585.78 | 585.78 | 0.00 |
| 18 | FENNMORE CRAIG P.C. | 7100-000 | N/A | 4,754.40 | 4,754.40 | 0.00 |
| 19 -3 | United Parcel Service | 7100-000 | 8,296.43 | 13,235.69 | 13,235.69 | 0.00 |
| 20 | Crowley Barrett & Karaba, Ltd. | 7100-000 | N/A | 2,689.00 | 2,689.00 | 0.00 |
| 21 | Jeanine M. Napolitano | 7100-000 | 4,348.29 | 2,909.00 | 2,909.00 | 0.00 |
| 22 | Law Offices of Mitchell J. Devack, PLLC | 7100-000 | N/A | 3,591.25 | 3,591.25 | 0.00 |
| 23 | H. THORP MINISTER | 7100-000 | N/A | 19,338.00 | 19,338.00 | 0.00 |
| 25 | SPS-Art Incorporated | 7100-000 | N/A | 1,051,867.11 | 1,051,867.11 | 0.00 |
| 26 | HARTFORD FIRE INSURANCE COMPANY | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 27 | BellSouth Telecommunications, Inc. | 7100-000 | N/A | 960.09 | 960.09 | 0.00 |
| 28 -2 | Illinois Bell Telephone Company | 7100-000 | N/A | 2,711.28 | 2,711.28 | 0.00 |
| 29 | FedEx TechConnect, Inc. | 7100-000 | 1,900.58 | 1,900.58 | 1,900.58 | 0.00 |
| 31U-3 | ONEWEST BANK, FSB | 7100-000 | 1,196,352.94 | 88,629.72 | 0.00 | 0.00 |
| 32 | Fashion Show Mall LLC | 7100-000 | 0.00 | 136,000.00 | 136,000.00 | 0.00 |
| 33 | ROBERTS RANCH VENTURE, L.P., | 7100-000 | N/A | 121,187.00 | 121,187.00 | 0.00 |
| 34 -2 | Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 35 -2 | Anja Van Herle | 7100-000 | N/A | 43,764.17 | 43,764.17 | 0.00 |
| 36 | US BANK N.A. | 7100-000 | 44,287.71 | 50,091.94 | 0.00 | 0.00 |
| 37 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 16,379.75 | 16,379.75 | 0.00 |
| 38 | LAW OFFICES OF EDWARD A. HOFFMAN | 7100-000 | N/A | 33,154.52 | 33,154.52 | 0.00 |
| 39 | Waldemar Swierzy | 7100-000 | 66,242.11 | 100,000.00 | 100,000.00 | 0.00 |
| 40 | FUJIFILM NORTH AMERICA CORP. | 7100-000 | 4,533.67 | 4,533.67 | 4,533.67 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | Carolyn Solomon | 7100-000 | N/A | 490,824.02 | 490,824.02 | 0.00 |
| 43U | FIRST INSURANCE FUNDING CORP. | 7100-000 | N/A | 938.11 | 938.11 | 0.00 |
| 44 | PEANUTS WORLDWIDE LLC | 7100-000 | 1,028,792.76 | 514,396.38 | 514,396.38 | 0.00 |
| 45 | VEGAS MODERNE, LLC | 7100-000 | N/A | 179,341.50 | 179,341.50 | 0.00 |
| 46 | C & J Properties | 7100-000 | N/A | 56,014.63 | 56,014.63 | 0.00 |
| 47 | CARJACK PROPERTIES, LLC | 7100-000 | 285,484.57 | 288,386.57 | 288,386.57 | 0.00 |
| 48 -2 | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO INC | 7100-000 | N/A | 34,658.16 | 34,658.16 | 0.00 |
| 49 -2 | ONEWEST BANK, FSB | 7100-000 | N/A | 1,232,632.44 | 0.00 | 0.00 |
| 50 -3 | American Asset Management Services Corp. | 7100-000 | 398.83 | 79,483.11 | 79,483.11 | 0.00 |
| 51U | Saint Ziggy, LLC | 7100-000 | N/A | 3,275.00 | 3,275.00 | 0.00 |
| 54 | Barry Jacobson | 7100-000 | 9,514.38 | 10,200.00 | 10,200.00 | 0.00 |
| 56 | Thomas J. Martin | 7100-000 | 750.00 | 1,950.00 | 1,950.00 | 0.00 |
| 57U | Keith M. Tomaszewsky | 7100-000 | N/A | 22,698.00 | 22,698.00 | 0.00 |
| 59 | Law Offices of Mitchell Devack, Esq. | 7100-000 | N/A | 2,813.75 | 2,813.75 | 0.00 |
| 61 | Dept of Employment, Training and Rehab | 7100-000 | N/A | 1,156.04 | 1,156.04 | 0.00 |
| 62U | MICHAEL BABYAK dba 2M ARTS INC. | 7100-000 | N/A | 40,700.00 | 40,700.00 | 0.00 |
| 64 | Assured Document Destruction | 7100-000 | 80.85 | 80.85 | 80.85 | 0.00 |
| 65 | Mandalay Place | 7100-000 | N/A | 69,996.18 | 69,996.18 | 0.00 |
| 66 | Victoria Partners dba Monte Carlo Resort & Casino | 7100-000 | N/A | 52,247.91 | 52,247.91 | 0.00 |
| 67 | Central Telephone Company of Nevada | 7100-000 | 577.67 | 2,469.08 | 2,469.08 | 0.00 |
| 68 | Law Offices of Edward A. Hoffman | 7100-000 | N/A | 33,154.52 | 33,154.52 | 0.00 |
| NOTFILED | Florida Department of Revenue | 7100-000 | 85.00 | N/A | N/A | 0.00 |
| NOTFILED | 21st Century Fine Arts, NV Inc. | 7100-000 | 3,156.00 | N/A | N/A | 0.00 |
| NOTFILED | Adam Scott Rote Fine Art | 7100-000 | 11,000.00 | N/A | N/A | 0.00 |
| NOTFILED | ADP, Inc. | 7100-000 | 707.29 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Services | 7100-000 | 107.97 | N/A | N/A | 0.00 |
| NOTFILED | Advanta Credit Cards | 7100-000 | 8,616.93 | N/A | N/A | 0.00 |
| NOTFILED | Alpine Water Systems | 7100-000 | 131.88 | N/A | N/A | 0.00 |
| NOTFILED | American Film Institute | 7100-000 | 6,257.50 | N/A | N/A | 0.00 |
| NOTFILED | American Heritgage Life Insurance | 7100-000 | 310.66 | N/A | N/A | 0.00 |
| NOTFILED | American Toxicology, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ann Fischer | 7100-000 | 368.75 | N/A | N/A | 0.00 |
| NOTFILED | Anthem Blue Cross Blue Shield | 7100-000 | 4,899.46 | N/A | N/A | 0.00 |
| NOTFILED | Arrowhead Direct Nestle Waters N. America, Inc. | 7100-000 | 20.94 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Art Traditions | 7100-000 | 3,205.00 | N/A | N/A | 0.00 |
| NOTFILED | Art Visions, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | At&T | 7100-000 | 1,018.68 | N/A | N/A | 0.00 |
| NOTFILED | At&T | 7100-000 | 805.23 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 7,625.11 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Payments | 7100-000 | 14,821.22 | N/A | N/A | 0.00 |
| NOTFILED | Ben-X, LLC | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Blue Cross Blue Shield of Illinois | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | C & J Properties | 7100-000 | 56,014.63 | N/A | N/A | 0.00 |
| NOTFILED | Cali Framing Supplies | 7100-000 | 2,377.33 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank, N.A. | 7100-000 | 1,477.70 | N/A | N/A | 0.00 |
| NOTFILED | Capital One, F.S.B. | 7100-000 | 3,225.02 | N/A | N/A | 0.00 |
| NOTFILED | Cash-Jack Gallery | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Central Arts Building c/o AAMS | 7100-000 | 35,613.90 | N/A | N/A | 0.00 |
| NOTFILED | Century Link | 7100-000 | 229.53 | N/A | N/A | 0.00 |
| NOTFILED | Century Link | 7100-000 | 148.02 | N/A | N/A | 0.00 |
| NOTFILED | Century Link | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Credit Card Services | 7100-000 | 13,751.97 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Gallery News | 7100-000 | 340.00 | N/A | N/A | 0.00 |
| NOTFILED | Clark County Business License Department | 7100-000 | 225.00 | N/A | N/A | 0.00 |
| NOTFILED | Clean Maintenance | 7100-000 | 90.00 | N/A | N/A | 0.00 |
| NOTFILED | Corporate Business Cards | 7100-000 | 2,020.36 | N/A | N/A | 0.00 |
| NOTFILED | Corporation Service Company | 7100-000 | 371.00 | N/A | N/A | 0.00 |
| NOTFILED | Cox Communications | 7100-000 | 456.87 | N/A | N/A | 0.00 |
| NOTFILED | Crowley Barrett & Karaba, Ltd. | 7100-000 | 2,689.00 | N/A | N/A | 0.00 |
| NOTFILED | David Black Any & All Copier and Fax Repair | 7100-000 | 621.57 | N/A | N/A | 0.00 |
| NOTFILED | Discount Lighting, Inc. | 7100-000 | 277.12 | N/A | N/A | 0.00 |
| NOTFILED | DR Electric Services, Inc. | 7100-000 | 516.99 | N/A | N/A | 0.00 |
| NOTFILED | Dream Factory | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Dubowsky Law Office, Chtd. | 7100-000 | 37,188.17 | N/A | N/A | 0.00 |
| NOTFILED | Edward A. Hoffman Client Trust | 7100-000 | 33,154.52 | N/A | N/A | 0.00 |
| NOTFILED | Edward C. Greenburg, PC | 7100-000 | 12,637.49 | N/A | N/A | 0.00 |
| NOTFILED | Entergy | 7100-000 | 651.86 | N/A | N/A | 0.00 |
| NOTFILED | Erika King Dreamstar, Inc. | 7100-000 | 12,450.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | FirePro: Fire & Safety Products | 7100-000 | 141.10 | N/A | N/A | 0.00 |
| NOTFILED | Folsom Tech Consulting | 7100-000 | 748.00 | N/A | N/A | 0.00 |
| NOTFILED | Frank Sinatra Enterprises, LLC c/o Rhino Entertainment | 7100-000 | 32,198.91 | N/A | N/A | 0.00 |
| NOTFILED | G&K Services | 7100-000 | 125.75 | N/A | N/A | 0.00 |
| NOTFILED | Gainsburg Studios | 7100-000 | 1,215.00 | N/A | N/A | 0.00 |
| NOTFILED | Gallery Rinard | 7100-000 | 5,812.10 | N/A | N/A | 0.00 |
| NOTFILED | Gordon Parks c/o Joanna Fiore | 7100-000 | 48,076.25 | N/A | N/A | 0.00 |
| NOTFILED | Grand Canal Shops II, LLC The Grand Canal Shoppes | 7100-000 | 133,806.13 | N/A | N/A | 0.00 |
| NOTFILED | Greenberg Traurig, LLP | 7100-000 | 23,198.79 | N/A | N/A | 0.00 |
| NOTFILED | Harrah's License Company, LLC One Harrah's Court | 7100-000 | 13.25 | N/A | N/A | 0.00 |
| NOTFILED | Harry McCormick | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Heaven Hill Distilleries, Inc. | 7100-000 | 372.20 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 1,657.58 | N/A | N/A | 0.00 |
| NOTFILED | Ice Mountain | 7100-000 | 38.13 | N/A | N/A | 0.00 |
| NOTFILED | Ileana Grimm | 7100-000 | 18,010.64 | N/A | N/A | 0.00 |
| NOTFILED | Intercall | 7100-000 | 202.81 | N/A | N/A | 0.00 |
| NOTFILED | International Environmental Mgmt. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | International Monetary Systems | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Jack Solomon, Deceased, Carolyn Solomon | 7100-000 | 492,185.84 | N/A | N/A | 0.00 |
| NOTFILED | Jack Solomon, Deceased, Carolyn Solomon | 7100-000 | 176,482.81 | N/A | N/A | 0.00 |
| NOTFILED | Jean Pierre Remond | 7100-000 | 11,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Judith Bledsoe | 7100-000 | 5,403.27 | N/A | N/A | 0.00 |
| NOTFILED | Kentwood Springs | 7100-000 | 7.63 | N/A | N/A | 0.00 |
| NOTFILED | Key Equipment Finance | 7100-000 | 804.27 | N/A | N/A | 0.00 |
| NOTFILED | King Features Syndicate Division | 7100-000 | 1,060.32 | N/A | N/A | 0.00 |
| NOTFILED | Konica Minolta Business Solutions | 7100-000 | 98.64 | N/A | N/A | 0.00 |
| NOTFILED | Konica Minolta Business Solutions | 7100-000 | 1,108.41 | N/A | N/A | 0.00 |
| NOTFILED | L&M Enterprises dba M. Kungl Studios | 7100-000 | 3,343.55 | N/A | N/A | 0.00 |
| NOTFILED | LaborMAX Staffing | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Law Offices of Fennemore Craig | 7100-000 | 78.00 | N/A | N/A | 0.00 |
| NOTFILED | Legion Paper Corporation | 7100-000 | 1,840.18 | N/A | N/A | 0.00 |
| NOTFILED | Lewis and Roca, LLP | 7100-000 | 817.50 | N/A | N/A | 0.00 |
| NOTFILED | Mandalay Place | 7100-000 | 65,159.81 | N/A | N/A | 0.00 |
| NOTFILED | Marine Art Posters c/o Bingham Dana LLP | 7100-000 | 522.73 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Michael Babyak | 7100-000 | 25,085.49 | N/A | N/A | 0.00 |
| NOTFILED | Monte Carlo Resort and Casino | 7100-000 | 48,174.54 | N/A | N/A | 0.00 |
| NOTFILED | Morpheus Fine Art, Inc. | 7100-000 | 30,720.00 | N/A | N/A | 0.00 |
| NOTFILED | Moss Development Company c/o Joseph Moss Realty Corp | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Mutts Studios | 7100-000 | 44,450.00 | N/A | N/A | 0.00 |
| NOTFILED | Nevada Packaging Solutions | 7100-000 | 3,752.59 | N/A | N/A | 0.00 |
| NOTFILED | Nevada Secretary of State | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nola Box Supply Co. | 7100-000 | 678.02 | N/A | N/A | 0.00 |
| NOTFILED | North Hollywood Framing, Inc. | 7100-000 | 8,984.00 | N/A | N/A | 0.00 |
| NOTFILED | NV Energy | 7100-000 | 1,381.74 | N/A | N/A | 0.00 |
| NOTFILED | Office Depot | 7100-000 | 154.54 | N/A | N/A | 0.00 |
| NOTFILED | Orkin, Inc. | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | Patinae, Inc. | 7100-000 | 121.62 | N/A | N/A | 0.00 |
| NOTFILED | Piercy Bowler Taylor & Kern | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes Global Financial Services, LLC | 7100-000 | 980.98 | N/A | N/A | 0.00 |
| NOTFILED | Prince Duncan-Williams | 7100-000 | 8,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Public Image Consultants | 7100-000 | 14,282.50 | N/A | N/A | 0.00 |
| NOTFILED | Pyatt Silvestri & Hanlon A Professional Law Corporation | 7100-000 | 420.00 | N/A | N/A | 0.00 |
| NOTFILED | Republic Services | 7100-000 | 31.17 | N/A | N/A | 0.00 |
| NOTFILED | Reserve Account | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Roberts Ranch Venture, LP c/o Colliers Nevada Mgmt, | 7100-000 | 8,320.32 | N/A | N/A | 0.00 |
| NOTFILED | Sears Credit Cards | 7100-000 | 3,953.72 | N/A | N/A | 0.00 |
| NOTFILED | Security Life of America | 7100-000 | 1,413.42 | N/A | N/A | 0.00 |
| NOTFILED | Sheffield Enterprises | 7100-000 | 44,477.98 | N/A | N/A | 0.00 |
| NOTFILED | SPS Art, Inc. | 7100-000 | 797,406.99 | N/A | N/A | 0.00 |
| NOTFILED | Staples Business Advantage Dept. LA | 7100-000 | 197.62 | N/A | N/A | 0.00 |
| NOTFILED | Stu Unger, Inc. | 7100-000 | 446.68 | N/A | N/A | 0.00 |
| NOTFILED | Symphony Business Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | T-Mobile | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | The Chase Group | 7100-000 | 10,540.50 | N/A | N/A | 0.00 |
| NOTFILED | The Hartford | 7100-000 | 8,230.67 | N/A | N/A | 0.00 |
| NOTFILED | The Lincoln Nat'l Life Insurance Co. | 7100-000 | 321.10 | N/A | N/A | 0.00 |
| NOTFILED | Tom Everhart | 7100-000 | 306,914.00 | N/A | N/A | 0.00 |
| NOTFILED | Turov Art Ceramics | 7100-000 | 11,290.10 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | UPS | 7100-000 | 4,933.91 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | UPS Freight | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | UPS Supply Chain Solutions | 7100-000 | 187.66 | N/A | N/A | 0.00 |
| NOTFILED | UPS/UPS SCS Chicago | 7100-000 | 77.63 | N/A | N/A | 0.00 |
| NOTFILED | UPS/UPS SCS Dallas | 7100-000 | 5,352.22 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 226.62 | N/A | N/A | 0.00 |
| NOTFILED | Winston Financial Group, Inc. For the Account of | 7100-000 | 1,803.84 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $5,376,738.35 | $4,887,209.13 | $3,515,855.03 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | | |
|---|---|---|
| **Case Number:** | 12-20252-MKN | |
| **Case Name:** | S2 ART GROUP, LTD. | |

| | | |
|---|---|---|
| **Trustee:** | (007422) | Brian Shapiro |
| **Filed (f) or Converted (c):** | 09/28/13 (c) | |
| **§341(a) Meeting Date:** | 10/28/13 | |
| **Claims Bar Date:** | 01/27/14 | |

**Period Ending:** 01/27/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br> **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Bank of Nevada - Account number ending in 0608. No funds in account on date of conversion. | 503.85 | 503.85 | | 0.00 | FA |
| 2   Rent Deposit - Grand Canal Shoppes | 19,350.00 | 19,350.00 | | 0.00 | FA |
| 3   Rent Deposit - 813-815 Royal Street Properties | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 4   Rent Deposit - Roberts Ranch Venture, LP Security refund for Valley View property | 5,500.00 | 5,500.00 | | 2,883.00 | FA |
| 5   Rent Deposit - Central Arts Building | 4,224.00 | 4,224.00 | | 0.00 | FA |
| 6   Accounts Receivable A detailed list is available No A/R received by Chapter 7 Trustee. No A/R believed to be collectible pending. | 26,491.22 | 26,491.22 | | 0.00 | FA |
| 7   2008 Chevrolet Express G1 van Per testimony of Carolyn Solomon at 341 meeting of creditors on 10/28/13, vehicles were sold during the pendency of the chapter 11 at their appraised values. | 9,000.00 | 5,575.41 | | 0.00 | FA |
| 8   2004 Chevrolet Express CU truck Per testimony of Carolyn Solomon at 341 meeting of creditors on 10/28/13, vehicles were sold during the pendency of the chapter 11 at their appraised values. | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 9   Furniture, fixtures and equipment (fixed assets) Motion to sell all tangible property of the debtor, including office equipment, desks, tables, chairs, two lithograph printing presses, one cutting machine, and all business records, files and papers for $640,000.00. Buyer permitted a credit bid of $350,000 as satisifaction of its DIP loan. Order approving sale entered 11/15/13, Doc. 511. Buyer is paying in installments. 2nd installment was short of the full amount. Final payment due 4/14/14. | 28,566.15 | 28,566.15 | | 640,000.00 | FA |
| 10   Art located in Las Vegas, Chicago and New Orlean OneWest bank in possession of Chicago artwork (moved to Los Angeles). Settlement with bank to resolve SBA violation claims against the bank in addition to payment of secured claim entered 2/24/14, Doc. 563. Asset includes artwork which is part of Motion to sell | 3,291,506.48 | 1,770,153.54 | | 44,123.31 | FA |

Exhibit 8

## Form 1

### Individual Estate Property Record and Report
### Asset Cases

Page: 2

**Case Number:** 12-20252-MKN
**Case Name:** S2 ART GROUP, LTD.

**Period Ending:** 01/27/17

**Trustee:** (007422)   Brian Shapiro
**Filed (f) or Converted (c):** 09/28/13 (c)
**§341(a) Meeting Date:** 10/28/13
**Claims Bar Date:** 01/27/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | all tangible property of the debtor, including office equipment, desks, tables, chairs, two lithograph printing presses, one cutting machine, and all business records, files and papers for $640,000.00 (See Asset #9)  Majority of artwork was sold during Ch 11 case. | | | | | |
| 11 | Funds held by Schwartz Law Firm as compensation (u)<br>  Trustee filed a motion for turnover of $75,000.00 held by SLF in its Trust account. Order approving partial turnover entered 10/28/13, Doc. 482. | 0.00 | 75,000.00 | | 16,000.00 | FA |
| 12 | Interests in incorporated/unincorporated bus. (u)<br>  Per Carolyn Solomon testimony at 341 meeting of creditors on 10/28/13, there are four subsidiaries of the Debtor. Trustee counsel investigating value of subsidiaries; inclusive of those found on SOFA #18. Order entered 4/13/15. Dkt. 667 | 0.00 | Unknown | | 75,000.00 | FA |
| 13 | Estate's claim against former Trustee (u)<br>  Claim against former Trustee, Joe Atkins. Order entered employing special counsel to represent estate to pursue claim on 6/27/14. Dkt. 615.  Trustee value based on what Trustee would offer to resolve the case. Per counsel: recommends abandoning claim against former trustee Joe Atkins and Saint Ziggy, LLC, would need to file litigation and doesn't seem to be cost effective | 0.00 | 7,500.00 | | 0.00 | FA |
| 14 | Fraudulent transfer of chicago gallery artwork (u)<br>  Trustee counsel investigating claim and value thereof. Counsel has determined no value. | 0.00 | Unknown | | 0.00 | FA |
| 15 | Furniture stored at JW Marriot (u)<br>  Trustee value is auction value. Order to sell furniture at auction; employ auctioneer entered 1/16/14, Doc. 549. | 0.00 | 10,000.00 | | 1,632.95 | FA |
| 16 | EXCESS PROCEEDS ON STATE BOND (u) | 0.00 | 3,037.97 | | 3,037.97 | FA |
| 17 | ASSET RECOVERY RE: AP 14-01078 (u)<br>  Complaint filed: 14-01078. Turnover of unlisted | 0.00 | 0.00 | | 100,000.00 | FA |

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-20252-MKN

**Case Name:** S2 ART GROUP, LTD.

**Period Ending:** 01/27/17

**Trustee:** (007422)    Brian Shapiro

**Filed (f) or Converted (c):** 09/28/13 (c)

**§341(a) Meeting Date:** 10/28/13

**Claims Bar Date:** 01/27/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | assets.  Order entered 2/4/15. Dkt. 642 | | | | | |
| 18 | Re Society, Ltd dba Jack Gallery, Ltd  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Jack Gallery Ltd - Mandalay Bay  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Re Gallery/Atelier, Inc.  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Entertainment Galleries, Ltd.  (u) | 0.00 | 0.00 | | 0.00 | FA |
| **21** | **Assets**    **Totals** (Excluding unknown values) | **$3,398,141.70** | **$1,968,902.14** | | **$882,677.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

Upload Order to Pay

Review for TDR

**Initial Projected Date Of Final Report (TFR):**    September 28, 2014

**Current Projected Date Of Final Report (TFR):**    October 24, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-20252-MKN
**Case Name:** S2 ART GROUP, LTD.

**Taxpayer ID #:** **-***6589
**Period Ending:** 01/27/17

**Trustee:** Brian Shapiro (007422)
**Bank Name:** Rabobank, N.A.
**Account:** ******5366 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/24/13 | {11} | The Schwartz Law Firm, Inc | Turnover of partial funds held in Trust by Schwartz Law Firm. Order approving partial turnover entered 10/28/13, Doc. 482. | 1221-000 | 16,000.00 | | 16,000.00 |
| 10/29/13 | 101 | NV Energy | Payment for electricity for premises - acct #0690 pursuant to court order entered 10/28/13, Doc. 482. | 2420-000 | | 74.59 | 15,925.41 |
| 10/29/13 | 102 | NV Energy | Payment for electricity for premises - acct #6031 pursuant to court order entered 10/28/13, Doc. 482. | 2420-000 | | 331.91 | 15,593.50 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 15,583.50 |
| 11/01/13 | 103 | Roberts Ranch Venture L.P. | Payment of rent for premises - acct #553-007947-1 pursuant to court order entered 10/28/13, Doc. 482. | 2420-000 | | 9,455.74 | 6,127.76 |
| 11/04/13 | 104 | Roberts Ranch Venture L.P. | Payment of November rent for premises - acct #553-007947-1 pursuant to court order entered 10/28/13, Doc. 482. | 2420-000 | | 5,709.09 | 418.67 |
| 11/12/13 | | Atkinson Law Associates, P.C. | Partial Sale proceeds for litho's, cutting machine, all artwork (excluding chicago art inventory), business records, general office equipment. Order entered 11/15/13, Doc. 511 | | 200,000.00 | | 200,418.67 |
| | {9} | | Gross Partial Sale proceeds          550,000.00 | 1129-000 | | | 200,418.67 |
| | | | Non-Cash assets to buyer Rue Royale Fine Art          -350,000.00 | 8500-000 | | | 200,418.67 |
| 11/18/13 | 105 | The Schwartz Law Firm, Inc. | Payment of SLF's first priority claim pursuant to court order entered 10/28/13, Doc. 482 and court order entered 11/15/13, Doc. 511. | 5600-000 | | 16,000.00 | 184,418.67 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 139.71 | 184,278.96 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 291.56 | 183,987.40 |
| 01/23/14 | 106 | Atkinson Law Associates PC | Payment of approved surcharged attorney fees pursuant to court order entered 1/23/14, Doc. 556. | 3210-000 | | 32,304.00 | 151,683.40 |
| 01/23/14 | 107 | Atkinson Law Associates PC | Payment of approved surcharged attorney expenses pursuant to court order entered 1/23/14, Doc. 556. | 3220-000 | | 1,427.40 | 150,256.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 262.13 | 149,993.87 |
| 02/10/14 | 108 | Brian D. Shapiro, Trustee | Payment of surchargeable trustee compensation pursuant to court order entered | 2100-000 | | 30,039.05 | 119,954.82 |

Subtotals :          $216,000.00          $96,045.18

{} Asset reference(s)

Printed: 01/27/2017 11:54 AM          V.13.29

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-20252-MKN
**Case Name:** S2 ART GROUP, LTD.

**Trustee:** Brian Shapiro (007422)
**Bank Name:** Rabobank, N.A.
**Account:** ******5366 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

**Taxpayer ID #:** **-***6589
**Period Ending:** 01/27/17

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 2/10/14, Doc. 560. | | | | |
| 02/10/14 | 109 | Brian D. Shapiro, Trustee | Payment of surchargeable trustee expenses pursuant to court order entered 2/10/14, Doc. 560. | 2200-000 | | 1,519.64 | 118,435.18 |
| 02/25/14 | 110 | ONEWEST BANK, FSB | Partial payment for secured claim pursuant to court order entered 2/24/14, Doc. 563. | 4210-000 | | 118,397.91 | 37.27 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.79 | 8.48 |
| 03/03/14 | {9} | Rue Royale Fine Art LLC | Second installment of sale proceeds for litho's, cutting machine, all artwork (excluding chicago art inventory), business records, general office equipment. Order entered 11/15/13, Doc. 511 | 1129-000 | 47,657.50 | | 47,665.98 |
| 03/07/14 | 111 | ONEWEST BANK, FSB | Second payment for secured claim pursuant to court order entered 2/24/14, Doc. 563. | 4210-000 | | 47,657.50 | 8.48 |
| 05/06/14 | {9} | Rue Royale Fine Art LLC | Order entered 5/6/14 authorizing deposit without constituting satisfaction or waiver. Dkt. 10, Adv. No. 14-01078. | 1129-000 | 15,000.00 | | 15,008.48 |
| 05/09/14 | 112 | ONEWEST BANK, FSB | Second payment for secured claim pursuant to court order entered 2/24/14, Doc. 563. | 4210-000 | | 15,000.00 | 8.48 |
| 05/15/14 | | Nellis Auction | Turnover of auction proceeds for furniture from JW Marriott. Order entered 1/16/14, Doc. 549. | | 1,632.95 | | 1,641.43 |
| | {15} | | 1,484.50 | 1229-000 | | | 1,641.43 |
| | {15} | | Auctioneer's Buyer's Premium   148.45 | 1229-000 | | | 1,641.43 |
| 05/21/14 | 113 | Nellis Auction | Auctioneer Commission.  Order entered 1/16/14. Dkt. 549 | | | 519.58 | 1,121.85 |
| | | | Auctioneer fees   371.13 | 3610-000 | | | 1,121.85 |
| | | | Auctioneer's Buyer's Premium   148.45 | 3610-000 | | | 1,121.85 |
| 05/22/14 | {9} | Rue Royale Fine Art LLC | Final installment of sale proceeds for litho's, cutting machine, all artwork (excluding chicago art inventory), business records, general office equipment. Order entered 11/15/13, Doc. 511 | 1129-000 | 27,342.50 | | 28,464.35 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.92 | 28,447.43 |
| 06/03/14 | 114 | ONEWEST BANK, FSB | Third payment for secured claim pursuant to court order entered 2/24/14, Doc. 563. | 4210-000 | | 28,447.43 | 0.00 |
| 07/11/14 | {16} | State of Nevada | Turnover of excess proceeds from state employment bond | 1229-000 | 3,037.97 | | 3,037.97 |
| 07/17/14 | | R.L Spear Co, Inc | Turnover of auction proceeds from art located in Los Angeles, CA.  Order entered 4/22/14. | | 34,429.81 | | 37,467.78 |

Subtotals :   $129,100.73   $211,587.77

{} Asset reference(s)

Printed: 01/27/2017 11:54 AM     V.13.29

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 12-20252-MKN

**Case Name:** S2 ART GROUP, LTD.

**Taxpayer ID #:** \*\*-\*\*\*6589

**Period Ending:** 01/27/17

**Trustee:** Brian Shapiro (007422)

**Bank Name:** Rabobank, N.A.

**Account:** \*\*\*\*\*\*5366 - Checking Account

**Blanket Bond:** $5,000,000.00   (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Dkt. 580 | | | | | |
| | {10} | | Gross Sales | 44,123.31 | 1129-000 | | | 37,467.78 |
| | | | Auctioneer commission | -6,618.50 | 3610-000 | | | 37,467.78 |
| | | | Auctioneer Expenses | -3,075.00 | 3620-000 | | | 37,467.78 |
| 07/23/14 | 115 | ONEWEST BANK, FSB | Final payment for secured claim pursuant to court order entered 2/24/14, Doc. 563. | | 4210-000 | | 8,497.16 | 28,970.62 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 28,960.62 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 28,950.62 |
| 09/04/14 | {4} | Roberts Ranch Venture LP | Turnover of security deposit for Valley View building. | | 1129-000 | 2,883.00 | | 31,833.62 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 31,823.62 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 31,813.62 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 31,803.62 |
| 12/16/14 | {17} | Rue Royale Fine Art LLC | Turnover of funds per complaint 14-01078. Order entered2/4/15. Dkt. 642 | | 1229-000 | 100,000.00 | | 131,803.62 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 79.18 | 131,724.44 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 150.13 | 131,574.31 |
| 02/03/15 | 116 | Atkinson Law Associates PC | Remaining attorney fees per order entered 1/23/14. Dkt. 556 | | 3210-000 | | 23,252.00 | 108,322.31 |
| 02/03/15 | 117 | Atkinson Law Associates PC | Remaining attorney costs per order entered 1/23/14. Dkt. 556 | | 3220-000 | | 1,354.36 | 106,967.95 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 113.97 | 106,853.98 |
| 03/26/15 | 118 | Atkinson Law Associates, LTD | Attorney Fees per order entered 3/25/15. Dkt. 659 | | 3210-000 | | 72,508.00 | 34,345.98 |
| 03/26/15 | 119 | Atkinson Law Associates, LTD | Attorney Expenses per order entered 3/25/15. Dkt. 659 | | 3220-000 | | 11,296.89 | 23,049.09 |
| 04/10/15 | {12} | NEVADA LAW FOUNDATION TRUST ACCOUNTS | CAROLYN SOLOMON  SETTLEMENT.  Order entered 4/13/15. Dkt. 667 | | 1229-000 | 75,000.00 | | 98,049.09 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 67.80 | 97,981.29 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 98.21 | 97,883.08 |
| 06/02/15 | 120 | Atkinson Law Associates PC | Attorney fees per order entered 6/2/15. Dkt. 698 | | 3210-000 | | 29,256.00 | 68,627.08 |
| 06/02/15 | 121 | Atkinson Law Associates PC | Attorney expenses per order entered 6/2/15. Dkt. 698 | | 3220-000 | | 1,937.96 | 66,689.12 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 69.33 | 66,619.79 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 58.37 | 66,561.42 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 54.52 | 66,506.90 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 60.09 | 66,446.81 |

Subtotals :         $177,883.00      $148,903.97

{} Asset reference(s)

Printed: 01/27/2017 11:54 AM      V.13.29

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-20252-MKN | |
| **Case Name:** S2 ART GROUP, LTD. | |
| **Taxpayer ID #:** **-***6589 | |
| **Period Ending:** 01/27/17 | |

| | |
|---|---|
| **Trustee:** | Brian Shapiro (007422) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5366 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.24 | 66,390.57 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.29 | 66,336.28 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.69 | 66,274.59 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.98 | 66,220.61 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.90 | 66,166.71 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.26 | 66,105.45 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.74 | 66,051.71 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.67 | 65,998.04 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.99 | 65,937.05 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.51 | 65,883.54 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.81 | 65,822.73 |
| 12/13/16 | 122 | MICHELE W. SHAFE | Dividend paid 100.00% on $972.22; Claim# 58; Filed: $972.22; Reference: 153086-99 | 4120-000 | | 972.22 | 64,850.51 |
| 12/13/16 | 123 | United States Trustee | Dividend paid 100.00% on $2,930.84, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 2,930.84 | 61,919.67 |
| 12/13/16 | 124 | Brian D. Shapiro, Trustee | Dividend paid 100.00% on $47,369.02, Trustee Compensation;  Reference: | 2100-000 | | 17,329.97 | 44,589.70 |
| 12/13/16 | 125 | Brian D. Shapiro, Trustee | Dividend paid 100.00% on $3,017.15, Trustee Expenses;  Reference: | 2200-000 | | 1,497.51 | 43,092.19 |
| 12/13/16 | 126 | Fine Art Management Corporation | Dividend paid 100.00% on $3,506.00, Admin. Rent (post-petition storage fees, leases, etc.); Reference: | 2410-000 | | 3,506.00 | 39,586.19 |
| 12/13/16 | 127 | Schwartz Law Firm | Dividend paid 46.96% on $79,593.50, Attorney for D-I-P Fees (Chapter 11); Reference: | 6210-160 | | 37,381.74 | 2,204.45 |
| 12/13/16 | 128 | Fine Art Management Corporation | Dividend paid 46.96% on $4,693.74, Admin. Rent (post-petition storage fees, leases, etc.) (Chapter 11);  Reference: | 6920-000 | | 2,204.45 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 522,983.73 | 522,983.73 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 522,983.73 | 522,983.73 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$522,983.73** | **$522,983.73** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-20252-MKN | **Trustee:** Brian Shapiro (007422) |
| **Case Name:** S2 ART GROUP, LTD. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******5366 - Checking Account |
| **Taxpayer ID #:** **-***6589 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 01/27/17 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| Net Receipts : | 522,983.73 | | **TOTAL - ALL ACCOUNTS** | | | |
| Plus Gross Adjustments : | 359,693.50 | | | | | |
| | | | **Checking # ******5366** | 522,983.73 | 522,983.73 | 0.00 |
| Net Estate : | $882,677.23 | | | $522,983.73 | $522,983.73 | $0.00 |

{} Asset reference(s)